1  BARRY E. HINKLE, Bar No. 071223
   ROBERTA D. PERKINS, Bar No. 153074
2  CONCEPCION E. LOZANO-BATISTA, Bar No. 227227
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Defendants

7  CHRISTOPHER W. KATZENBACH, Bar No. 108006
   KATZENBACH AND KHTIKIAN
8  Attorneys at Law
   1714 Stockton Street, Suite 300
9  San Francisco, CA 94133-2930
   Telephone 415.834.1778
10 Fax: 415.834.1842

11 Attorneys for Plaintiff ALEX CORNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CORNS | No. CV 09-4403 MHP |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE AND [Proposed] ORDER** |
| v. | |
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; and HOD CARRIERS LOCAL UNION NO. 166, affiliated with the LABORERS INTERNATIONAL UNION OF NORTH AMERICA | |
| Defendants. | |

Following the March 15, 2010 Case Management Conference, the Court established the following briefing schedule: Cross motions for summary judgment to be filed by October 4, 2010; oppositions to be filed by October 25, 2010, motions to be heard at 2:00 p.m. on November 8, 2010.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation to Continue Hearing Date & Proposed Order
Case No. C 09-4403 MHP

1   The parties are conducting discovery, however, it appears that discovery will not be

2   completed in sufficient time to meet the October 4, 2010 filing deadline. The parties therefore

3   stipulate and agree to continue the hearing date on cross motions for summary judgment to

4   Monday, January 10, 2011, at ~~3:00~~ **2:00** p.m. Motions shall be filed by December 13, 2010, oppositions

5   by Monday, December 27, 2010. No reply briefs.

6   Dated: September 22, 2010

7                                           WEINBERG, ROGER & ROSENFELD
                                        A Professional Corporation

9                                           By:   /s/ Roberta D. Perkins
                                                 BARRY E. HINKLE
                                                 ROBERTA D. PERKINS
                                                 CONCEPCIÓN E. LOZANO-BATISTA
                                                 Attorneys for Defendants

12   Dated: September 22, 2010

13                                           KATZENBACH AND KHITIKIAN

15                                           By:   /s/ Christopher W. Katzenbach
                                                 CHRISTOPHER W. KATZENBACH
                                                 Attorneys for Plaintiff

18                                                  **ORDER**

19       It is so ordered.

20   Dated: __9/24/2010_____

22                                           By: _____
                                                 MARILYN H.
                                                 Judge, United

*IT IS SO ORDERED — Judge Marilyn H. Patel*

24   122877/590076

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001