**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEX CORNS,** | Case No.: 09 -CV- 4403 YGR |
| Plaintiff, | **ORDER SETTING COMPLIANCE HEARING** |
| vs. | |
| **LABORERS INTERNATIONAL UNION OF NORTH AMERICA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; AND HOD CARRIERS LOCAL UNION NO. 166,** | |
| Defendants. | |

The Court is in receipt of the parties' Joint Statement Regarding Alternative Dispute Resolution. (Dkt. No. 75.) The compliance hearing currently set for September 13, 2013, is **RESET** to **October 4, 2013, at 9:01 a.m.**

Five (5) business days prior to the date of the compliance hearing, the parties shall file JOINT STATEMENT either advising the Court of the mediator's name and the date for mediation OR setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: September 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**