DAVID A. ROSENFELD, Bar No. 058163
BARRY E. HINKLE, Bar No. 071223
ROBERTA D. PERKINS, Bar No. 153074
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: drosenfeld@unioncounsel.net
　　　　bhinkle@unioncounsel.net
　　　　rperkins@unioncounsel.net
　　　　clozano@unioncounsel.net

Attorneys for Defendants LABORERS INTERNATIONAL
UNION OF NORTH AMERICA; NORTHERN CALIFORNIA
DISTRICT COUNCIL OF LABORERS; and HOD CARRIERS
LOCAL UNION NO. 166, affiliated with the LABORERS
INTERNATIONAL UNION OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX CORNS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; and HOD CARRIERS LOCAL UNION NO. 166, affiliated with the LABORERS INTERNATIONAL UNION OF NORTH AMERICA, | No. 09-cv-4403 YGR<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:　Hon. Yvonne Gonzalez Rogers |

**WEINBERG, ROGER &
ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 09-cv-4403 YGR

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Laborers International Union of North America ("LIUNA"), the Northern California District Council of Laborers ("NCDCL"), and Hod Carriers Local Union No. 166 ("Local 166"), hereby seek to file the following documents under seal:

1. Lists of Local 166's members in June 2008 and current active members, including their last known contact information;

2. An accounting of the dues that would be owed to each member of Local 166 under the East Bay contract; and

3. An accounting of the dues that would be owed to each member of Local 166 under the West Bay contract.

Defendants seek to file each of the documents under seal as opposed to redacting portions of the documents. The documents at issue are referenced as Exhibits 1, 2, and 3, respectively, to the supporting declaration of counsel filed in support of this motion and are filed under seal. Courtesy copies of the documents to be filed under seal will be provided to the Court as required by Civil Local Rule 79-5.

Defendants were ordered to provide the documents in question to assist the Court in determining the proper remedy for the violation of the LMRDA found by the Ninth Circuit. See ECF 88 at 11. At the pre-hearing conference held on April 28, 2014, Defendants were prepared to submit the documents to the Court for *in camera* review. Rather than accepting the documents, the Court directed Defendants to file an Administrative Motion to Seal documents and indicated that the Court is inclined to grant such a motion. See April 28, 2014 Civil Minutes. Plaintiff did not object to filing the documents under seal at the pre-hearing conference.

Local 166 asserts the associational and privacy rights of its members to submit the information without public filing and to withhold this information from Plaintiff. *NAACP v. State of Alabama*, 357 U.S. 449, 459-462; see also *Britt v. Superior Court*, 20 Cal.3d 844, 854-856 (1978) (recognizing that private association affiliations "are presumptively immune from inquisition…," citing *Sweezy v. New Hampshire*, 354 U.S. 234, 265-266 (1957); *United Farm Workers v. Superior Court*, 170 Cal.App.3d 391, 395 (1985) (affirming production of union membership list to court for *in camera* review).

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 09-cv-4403 YGR

The calculations of the dues owed per-member under the East Bay and West Bay contracts contain confidential financial information regarding each member. The calculations, in table format, show the month in which the work was performed, the employer, the total hours worked, the total dues collected, the dues rate, the dues differential, the total dues differential for each employer in each work month, and a grand total of the amount that would be payable per member if restitution is ordered. The calculations do not include interest. Such financial information is not appropriate for disclosure to the general public. See, e.g., 5 U.S.C. §§ 552(b)(4), (6) (FOIA exemption available to prevent disclosure of financial information obtained from a person that is privileged or confidential); *Local 3, Int'l Bhd. of Elec. Workers, AFL-CIO v. N.L.R.B.,* 845 F.2d 1177, 1181 (2d Cir. 1988) (lists containing information regarding union membership and wages exempt from disclosure under § 552(b)(6)); Cal. Government Code §§ 6254(c), (k) (exempting personnel information from disclosure under the Public Records Act); *City of Carmel by the Sea v. Young* (1970) 2 Cal.3d 259, 268 (one's personal financial affairs "is an aspect of the zone of privacy which is protected by the Fourth Amendment and which also falls within that penumbra of constitutional rights into which the government may not intrude absent a showing of compelling need…").

For the foregoing reasons, Defendants respectfully request they be permitted to file the membership lists and per-member calculations under seal and that such documents be kept from public inspection, including inspection by the attorneys and parties to the action.

Dated: May 7, 2014

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ *Concepción E. Lozano-Batista*
CONCEPCION E. LOZANO-BATISTA

Attorneys for Defendants LABORERS INTERNATIONAL UNION OF NORTH AMERICA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; and HOD CARRIERS LOCAL UNION NO. 166, affiliated with the LABORERS INTERNATIONAL UNION OF NORTH AMERICA

122877/763878

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 09-cv-4403 YGR