UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX CORNS,<br><br>    Plaintiff,<br><br>v.<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; AND HOD CARRIERS LOCAL UNION NO. 166, AFFILIATED WITH THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA,<br><br>    Defendants. | Case No.: 09-CV-4403 YGR<br><br>ORDER VACATING HEARING ON MOTION FOR ATTORNEY FEES |

    Plaintiff Alex Corns has, at the direction of the Court, filed his Motion for Attorney Fees. (Dkt. No. 104, 105.)  The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for July 22, 2014, is **VACATED**.  The Court will issue a written decision on the papers.

    IT IS SO ORDERED.

Date: July 16, 2014

                                                                 YVONNE GONZALEZ ROGERS
                                                          UNITED STATES DISTRICT COURT JUDGE