UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX CORNS,**<br><br>          **Plaintiff,**<br><br>     v.<br><br>**LABORERS INTERNATIONAL UNION OF NORTH AMERICA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; AND HOD CARRIERS LOCAL UNION NO. 166, AFFILIATED WITH THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA,**<br><br>          **Defendants.** | Case No.: 09-cv-4403-YGR<br><br>**JUDGMENT** |

The Court having duly considered the appropriate remedy in this action upon remand from the Ninth Circuit Court of Appeals, it is **ORDERED, ADJUDGED AND DECREED** that judgment on the complaint is **ENTERED** as follows:

(1) in favor of Plaintiff Alex Corns and against Defendants Laborers International Union of North America, Northern California District Council of Laborers, and Hod Carriers Local Union No. 166 on Plaintiff's claim for violation of the Labor-Management Reporting and Disclosure Act, 29 U.S.C. § 412 as to dues increases included in the 2008–2010 Local 166 collective bargaining agreements; and

(2) in favor of Defendants Laborers International Union of North America, Northern California District Council of Laborers, and Hod Carriers Local Union No. 166, and against Plaintiff Alex Corns on Plaintiff's claim for violation of the Labor-Management Reporting and Disclosure Act, 29 U.S.C. § 412 as to organizing fees imposed as a result of the International's 2006 general convention.

Defendants Laborers International Union of North America, Northern California District Council of Laborers, and Hod Carriers Local Union No. 166 shall pay to Plaintiff Alex Corns attorneys' fees in the amount of $126,562.50.

**IT IS SO ORDERED.**

Date: July 29, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**